UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) No. 1:16-cv-00582-TWP-MJD |
| vs. | ) ) |
| MK CONSTRUCTION, LLC, MATTHEW CLINE, ALLIED DIVERSIFIED CONSTRUCTION, INC., | ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on the Plaintiff's *Motion for Clerk's Entry of Default* as to Matthew Cline [Dkt. 41] and *Motion for Clerk's Entry of Default* as to MK Construction, LLC [Dkt. 42.]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. [Dkt. 47.] The Clerk is directed to enter default against Matthew Cline and MK Construction, LLC as of the date of this Order.

Date: 10/13/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven C. Coffaro
KEATING MUETHING & KLEKAMP
scoffaro@kmklaw.com

Michael Robert Giordano
LEWIS WAGNER LLP
mgiordano@lewiswagner.com

Richard K. Shoultz
LEWIS WAGNER LLP
rshoultz@lewiswagner.com